**No. 09-8434. Detwonne Monshay Alexander, Petitioner v. Texas.**

559 U.S. 1010, 130 S. Ct. 1886, 176 L. Ed. 2d 370, 2010 U.S. LEXIS 2618.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Sixth District, denied.

Same case below, 282 S.W.3d 143.